UNITED STATES COURT OF INTERNATIONAL TRADE                FORM 7A

| | |
|---|---|
| NORTHERN TOOL & EQUIPMENT, INC.<br><br>                          Plaintiff,<br><br>     v.<br>UNITED STATES<br><br>                          Defendant. | Court No. 22-00197 |

NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: 1/23/25

Jason M. Kenner
_____
Attorney for Plaintiff
675 Third Avenue, Suite 2400
_____
Street Address
New York, NY 10017
_____
City, State and Zip Code
212 549-0137
_____
Telephone No.

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: January 23, 2025            Clerk, U. S. Court of International Trade

                                   By: /s/ Giselle Almonte
                                       _____
                                       Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
|  |  |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: January 23, 2025

Clerk, U. S. Court of International Trade

By: /s/ Giselle Almonte
Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)